UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Oct 16  2 03 PM '03

MANRAJ SEENARINE,
Petitioner

Docket 3:02cv1041 (MRK) COURT
NEW HAVEN, CONN.

v.

JOHN ASHCROFT,
Respondent

October 14, 2003

### STATUS REPORT

In its report to this court on September 30, 2003, the only reason given by counsel for respondent for its failure to enter into a stipulated withdrawal was the legal problem suffered by predecessor counsel. As those concerns are no longer extant, present counsel urges the court to dismiss this action.

Although counsel believes that there is validity to the arguments already advanced by petitioner in this matter, it is petitioner's desire that he be removed as soon as possible as his mother is gravely ill. Petitioner has Already withdrawn two other lawsuits challenging the order of removal; one in the Second Circuit and the other before Judge Hall (Docket 3:00cv2155).

Under these circumstances the stipulation should be allowed and a final order of dismissal entered.

_____
Roberto T. Lucheme, Esq.
41 Hebron Avenue
Glastonbury, Ct 06033
860-633-1962
Ct# 09911

## Certificate of Service

I hereby certify that I have sent a copy of the foregoing to James K,. Filan, Esq., AUSA, 915 Lafayette Blvd., Bridgeport, CT 06604 on October 14, 2003.

_____
Roberto T. Lucheme