UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MANRAJ SEENARINE,<br>    Petitioner<br><br>    v.<br><br>JOHN ASHCROFT,<br>    Respondent | )<br>)<br>)   No. 3:02cv1041(MRK)<br>)<br>)<br>)<br>) |

### ORDER OF DISMISSAL

Having been informed by Respondent in its Status Report and Motion to Stay Proceedings [doc. # 14] that counsel for Respondent had received a Stipulation of Dismissal executed by Petitioner's counsel, Michael Moore, dated September 24, 2003, and having been further informed in a Status Report [doc. # 15] submitted and docketed on behalf of Petitioner on October 14, 2003 by Roberto Lucheme, Esq., who represents to the Court that he now also represents Petitioner, that Petitioner continues to wish to dismiss his Petition because his mother is gravely ill, and that to that end, Petitioner has also dismissed two other lawsuits challenging the order of removal,

Pursuant to Fed. R. Civ. P. 41(a), the Court hereby DISMISSES Manraj Seenarine's Petition for Habeas Corpus and Stay of Removal [doc. # 1] with prejudice and without costs or attorneys fees and DENIES Respondent's Motion to Stay Proceedings [doc. # 14].

SO ORDERED.

/s/      Mark R. Kravitz
            U.S.D.J.

Dated at New Haven, Connecticut: December 30, 2003